IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of thirty days from January 29, 2007, to and including February 28, 2007, within which to file its answer or other response in the above-captioned case. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that the Internal Revenue Service recently forwarded to defendant's trial attorney its defense recommendation with respect to the complaint filed in this action and the administrative files that have been located to date. The Internal Revenue Service advised defendant's trial attorney that it will locate and forward several additional documents that are missing from the administrative file. In addition, the Internal Revenue Service is to provide assistance in determining whether there are any additional files

which are relevant to this proceeding. This enlargement of time is sought in order to allow the Internal Revenue Service additional time to forward any additional administrative files that are located. This enlargement of time is also sought in order to allow defendant's trial attorney additional time to receive and review any additional administrative files that are located. Defendant's trial attorney expects to receive any additional administrative files, and to respond to the complaint within the time requested.

Defendant's trial attorney left a telephone message but was unable to reach plaintiffs' counsel. Therefore, plaintiffs have not provided their position with respect to this motion.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
GEORGE R. STEWART
Reviewer

s/George R. Stewart
Of Counsel

January 26, 2007