# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERTO and MARIA L. GAGLIARDI**, *

Plaintiffs, *

v. * No. 06-799T

**THE UNITED STATES,** * (Filed Apr. 24, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the parties' Joint Preliminary Status Report filed on April 23, 2007,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 42(c), at the parties' request, trial is limited to the issues of law and fact relating to plaintiffs' rights to recover, reserving the amount of recovery, if any, subject to further order of the court.

2. All discovery shall be completed by October 31, 2007.

3. A status conference shall be held at 2:30 p.m. on Thursday, September 20, 2007, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiffs shall notify the court at 202/357-6620 by September 13, 2007, if he wishes to participate by telephone conference call to be placed by the court. The parties shall be prepared to discuss the progress of discovery.

s/ Christine O.C. Miller

___________________________________

**Christine Odell Cook Miller**
Judge