# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERTO and MARIA L. GAGLIARDI**, *

Plaintiffs, *

v. * No. 06-799T

**THE UNITED STATES,** * (Filed Sept. 20, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the telephonic status conference held this date,

**IT IS ORDERED**, as follows:

The parties shall file a Joint Status Report by November 30, 2007, stating with particularity the status of settlement or proposing a course for further proceedings.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge