IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's order of September 20, 2007, the parties submit the following report.

Counsel for the parties have conferred with respect to further proceedings and the parties recommend that this matter be scheduled for trial as set forth below:

1. Trial Date: The defendant proposes that trial in the instant action be held on either May 13, 14, or 15, 2008. The Plaintiffs propose that trial in the instant action be held on either February 20, 21, or 22, 2008.

2. Pre-trial Submissions: The defendant proposes the following schedule of pre-trial submissions in accordance with RCFC Appendix A, ¶¶ 13 through 18:

(1) A pre-trial conference to be held on May 7, 2008. If the Court agrees with this date then--

(2) Exhibits and lists of witnesses will be exchanged between the parties on or before March 4, 2008, in accordance with ¶ 13. The parties will also undertake the tasks set forth in section (c) of ¶ 13;

(3) On or before March 18, 2008, plaintiff will file with the Court a memorandum of contentions of fact and law, a witness list and an exhibit list pursuant to ¶¶ 14 through 16;

(4) On or before April 16, 2008, defendant will file with the Court a memorandum of contentions of fact and law, a witness list and an exhibit list pursuant to ¶¶ 14 through 16; and

(5) On or before April 30, 2008, the parties will confer with respect to the items listed in ¶¶ 17-18.

The Plaintiffs propose the following schedule of pre-trial submissions in accordance with RCFC Appendix A, ¶¶ 13 through 18:

(1) A pre-trial conference to be held on February 11, 2008. If the Court agrees with this date then--

(2) Exhibits and lists of witnesses will be exchanged between the parties on or before December 7, 2007, in accordance with ¶ 13. The parties will also undertake the tasks set forth in section (c) of ¶ 13;

(3) On or before December 21, 2007, plaintiff will file with the Court a memorandum of contentions of fact and law, a witness list and an exhibit list pursuant to ¶¶ 14 through 16;

(4) On or before January 21, 2008, defendant will file with the Court a memorandum of contentions of fact and law, a witness list and an exhibit list pursuant to ¶¶ 14 through 16; and

(5) On or before February 4, 2008, the parties will confer with respect to the items listed in ¶¶ 17-18.

Respectfully submitted,

11/30/2007
Date

s/Frank Agostino
FRANK AGOSTINO, ESQUIRE
Calo Agostino, A Professional Corp.
14 Washington Place
Hackensack, New Jersey 07601

(201) 488-5400

Attorney for Plaintiffs

11/30/2007

Date

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
GEORGE R. STEWART
Reviewer

11/30/2007
Date

s/George R. Stewart
Of Counsel
Attorneys for Defendant