# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERTO and MARIA L. GAGLIARDI,** *

Plaintiffs, *

v. * No. 06-799T

**THE UNITED STATES,** * (Filed Nov. 30, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Status Report filed this date, the court's calendar cannot accommodate the different dates requested by counsel due to previously scheduled trials. The following schedules proceedings in the near future, as plaintiffs request. Accordingly,

**IT IS ORDERED**, as follows:

1. The meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by December 20, 2007.

2. Plaintiffs' filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by January 11, 2008. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by January 25, 2008.

3. The pretrial conference shall be held at 3:00 p.m. on Thursday, February 13, 2008, in the Howard T. Markey National Courts Building. Counsel for plaintiffs shall notify the court at 202/357-6620 by February 8, 2008, if he wishes to participate by telephone conference call to be placed by the court.

4. Trial, not to exceed three days, shall commence at 10:00 a.m. on Monday, March 3, 2008, in the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge