IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI

Plaintiffs

v.

THE UNITED STATES,

Defendant

PLAINTIFFS' DECLARATION REGARDING MEETING OF COUNSEL

I, Frank Agostino, hereby declare:

1. I am the attorney of record for Plaintiffs, Robert Gagliardi and Maria L. Gagliardi;

2. On December 19, 2007, pursuant to Appendix A, Section VI (13) of the Rule of the United States Court of Federal Claims, my office supplied Ms. Spriggs with a list of exhibits to be used at trial for our case-in-chief or rebuttal purposes, a list of witnesses, and a proposed joint stipulation of facts;

3. On December 20, 2007 I participated in a meeting of counsel with Jennifer D. Spriggs, Esq., attorney of record for the United States;

4. At the meeting of counsel, we did not anticipate any filings of transcripts of depositions;

5. I objected to the testimony of Mary Weime, because Ms. Weime has no personal knowledge of the facts surrounding the issue in this case;

6. I disclosed to Ms. Spriggs our contentions of law and applicable facts;

7. We have not received any proposed stipulation of facts from Ms. Spriggs;

8. I engaged in a good-faith, diligent effort to stipulate and agree to facts about which

we know there can be no dispute;

9. I extensively discussed the possibility of settlement with Ms. Spriggs, and explained the terms under which Mr. and Mrs. Gagliardi are willing to settle this case; *and*

10. Ms. Spriggs agreed to provide my office with a draft certification of the meeting of counsel, a draft joint stipulation of facts, and a draft joint exhibit list.

____________________________

Frank Agostino, Esq.