IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT CERTIFICATION

Pursuant to RCFC Appendix A, ¶ 13, the parties hereby certify that on December 20, 2007, counsel for the parties participated in a meeting of counsel and are currently working towards accomplishing all matters required by RCFC Appendix A, ¶ 13.

Respectfully submitted,

1/2/2008
Date

s/Frank Agostino
FRANK AGOSTINO, ESQUIRE
Calo Agostino, A Professional Corp.
14 Washington Place
Hackensack, New Jersey 07601

(201) 488-5400

Attorney for Plaintiffs

1/2/2008
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
GEORGE R. STEWART
Reviewer

1/2/2008
Date

s/George R. Stewart
Of Counsel
Attorneys for Defendant