IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

PLAINTIFFS' LIST OF EXHIBITS

Pursuant to Appendix A, Section VI (13) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs hereby present their list of exhibits.

**Exhibit A** - 2000 IRS Form 1040. This exhibit will be used to establish Plaintiffs' proposed fact 8.

**Exhibit B** - 2001 IRS Form 1040. This exhibit will be used to establish Plaintiffs' proposed fact number 8.

**Exhibit C** - IRS Form 843 Claim For and Request for Abatement. This exhibit will be used to establish Plaintiffs' proposed facts 12 - 14.

**Exhibit D** - IRS Disallowance of Claim dated December 9, 2004. This exhibit will be used to establish Plaintiffs' proposed fact 19.

**Exhibit E** - IRS Examining Officer's Activity Record. This exhibit will be used to establish Plaintiffs' proposed facts 11 and 15.

**Exhibit F** - IRS Form 2848 Power of Attorney and Declaration of Representative, Tax Years 2000 to 2001, Frank Agostino. This exhibit will be used to establish Plaintiffs' proposed fact 18.

**Exhibit G** - IRS Form 2848 Power of Attorney and Declaration of Representative, Lawrence Goodman, 2000. This exhibit will be used to establish Plaintiffs' proposed facts 5 and 9.

**Exhibit H** - IRS Form 2848 Power of Attorney and Declaration of Representative, Lawrence Goodman, 2001. This exhibit will be used to establish Plaintiffs' proposed facts 5 and 9.

**Exhibit I** - IRS Form 870 Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance of Overassessment dated July 14, 2004. This exhibit will be used to establish Plaintiffs' proposed fact 20.

**Exhibit J** - Memorandum from Goodman to Gagliardis, dated September 2, 2004. This exhibit will be used to establish Plaintiffs' proposed facts 5, 9, and 21.

**Exhibit K** - Request for a Collection Due Process Hearing, dated September 10, 2004. This exhibit will be used to establish Plaintiffs' proposed fact 21.

**Exhibit L** - IRS Form 872 Consent to Extend the Time to Assess Tax. This exhibit will be used to establish Plaintiffs' proposed fact 14.

**Exhibit M** - Travel information regarding the Gagliardis' trip to Italy. This exhibit will be used to establish Plaintiffs' proposed facts 16 and 17.

**Exhibit N** - Defendants Response to Plaintiffs' Request for Admissions. This exhibit will be used to establish Plaintiffs' proposed fact 7.

**Exhibit O** - IRS form 4549 dated July 14, 2004. This exhibit will be used to establish Plaintiffs' proposed fact 22.