IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

PLAINTIFF'S LIST OF WITNESSES

Pursuant to Appendix A, Section VI (13) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs hereby present their list of witnesses.

1. Roberto Gagliardi
102 Fourth Street
Wood-Ridge, NJ 07075
(201) 507-8993

Roberto Gagliardi will testify to facts 1 - 21 in the Plaintiffs' Proposed Findings of Fact. Mr. Gagliardi will testify for approximately two hours on direct examination.

2. Maria L. Gagliardi
102 Fourth Street
Wood-Ridge, NJ 07075
(201) 507-8993

Maria Gagliardi will testify to facts 1 - 21 in the Plaintiffs' Proposed Findings of Fact. Mrs. Gagliardi will testify for approximately two hours on direct examination.