IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of seventeen days from January 25, 2008, to and including February 11, 2008, within which to file its pretrial submissions pursuant to RCFC Appendix A, ¶¶ 14(a), 15, and 16. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that counsel for the United States has recently located a witness, Carole Downey, who has knowledge of facts relevant to the issues presented in the complaint. Ms. Downey was retained by Roberto Gagliardi to do the bookkeeping for his dental practice during 2000 through September 30, 2001. During discovery, Ms. Downey was not identified as a person with knowledge of facts or issues relevant to this proceeding. Therefore, defendant had not previously identified Ms. Downey as a witness. This enlargement

of time is sought in order to allow counsel for the United States time to file a motion for leave to supplement its witness list to add Carole Downey as a witness and to request leave to schedule her deposition. Ms. Downey's testimony with respect to her bookkeeping for the plaintiffs' dental practice could significantly impact the defendant's contentions of fact and law.

Defendant's trial attorney left a telephone message but was unable to reach plaintiffs' counsel. Therefore, plaintiffs have not provided their position with respect to this motion.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
GEORGE R. STEWART
Reviewer

s/George R. Stewart
Of Counsel

January 25, 2008