No. 06-799 T

(Judge Christine O.C. Miller)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

# DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION ENLARGEMENT OF TIME AND MOTION FOR LEAVE TO SUPPLEMENT WITNESS LIST AND FOR LEAVE TO DEPOSE WITNESS

NATHAN J. HOCHMAN
Assistant Attorney General

DAVID GUSTAFSON
GEORGE R. STEWART
JENNIFER DOVER SPRIGGS
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840
(202) 514-9440(facsimile)

**Page**

**INDEX**

I. Defendant's reply to plaintiffs' opposition to defendant's motion for enlargement of time . . . . . 1

II. Motion for leave to supplement witness list and for leave to depose witness . . . . . 3

Background . . . . . 5

Compelling reasons support the government's request for leave to supplement its witness list to add Carole Downey as a witness and to schedule her deposition . . . . . 6

A. Defendant received new information about Carol Downey after the close of discovery and after the RCFC Appendix A ¶ 13 exchanges . . . . . 6

1. Mr. Goodman initially testified that Carole Downey prepared books and records for plaintiffs' River Road dental office . . . . . 6

2. A correction to Mr. Goodman's original deposition testimony dated December 20, 2007, raised new questions about Carole Downey's role in the preparation of the books and records for plaintiffs' dental offices . . . . . 7

3. In a declaration dated January 24, 2008, Carole Downey states that she prepared the books and records for each of plaintiff's dental offices from July 28, 1999, through September 30, 2001 . . . . . 7

B. Plaintiffs failed to list Carole Downey in their initial disclosures under RCFC 26(a)(1)(A) as an individual likely to have discoverable information . . . . . 8

C. Plaintiffs failed to disclose that Carole Downey prepared the books and records for each of the dental office locations during 2000 through September 30, 2001 . . . . . 9

D. Plaintiffs failed to list Carole Downey as a person with knowledge regarding the documents in this case . . . . . 10

E. Plaintiffs failed to list Carole Downey as a person with knowledge of facts relevant to the issues presented in the complaint . . . . . 10

**Page**

F. Plaintiffs identified Carole Downey as a bookkeeper who prepared the payroll and paid bills at their River Road dental office during 2000 . . . . . . . . . 11

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Appendix A:

Declaration of Jennifer Dover Spriggs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A1

Exhibit 1: Plaintiffs' Initial Disclosures pursuant to RCFC 26(a) (excerpt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A3

Exhibit 2: Plaintiffs' Response to Defendant's Interrogatories . . . . . . . . . . . . . . . A5

Exhibit 3: Excerpt from the Deposition Transcript of Maria L. Gagliardi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A30

Exhibit 4: Excerpt from the Deposition Transcript of Roberto Gagliardi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A34

Exhibit 5: Excerpt from the Deposition Transcript of Lawrence B. Goodman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A39

Exhibit 6: Declaration of Lawrence B. Goodman . . . . . . . . . . . . . . . . . . . . . . . . A45

Exhibit 7: Declaration of Carole Downey . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A49

Exhibit 8: Defendant's exchanges pursuant to RCFC Appendix A ¶ 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A51

Exhibit 9: Plaintiffs' exchanges pursuant to RCFC Appendix A ¶ 13 (excerpt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A55

Exhibit 10: Defendant's Initial Disclosures pursuant to RCFC 26(a) (excerpt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A58

## CITATIONS

**Page**

**Cases**:

*Beissel v. Pittsburgh and Lake Erie R. Co.*, 801 F.2d 143 (3rd Cir. 1986), *cert. denied*, 479 U.S. 1088 (1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*Berroyer v. Hertz*, 672 F.2d 334 (3rd Cir. 1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**Statutes:**

28 U.S.C.:
§ 1491 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
§ 1746 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Miscellaneous:

Rules of the Court of the Federal Claims:
Rule 7.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Rule 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Rule 26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8