# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ROBERTO and MARIA L. GAGLIARDI**, | * | |
| Plaintiffs, | * | |
| v. | * | No. 06-799T |
| **THE UNITED STATES,** | * | (Filed Feb. 5, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant on January 25, 2008, filed its Motion for Enlargement of Time. Plaintiffs filed their opposition on January 28, 2008, and defendant's reply filed on February 2, 2008, included a Motion for Leave To Supplement Witness List and for Leave To Depose Witness.

The court has reviewed all briefs and accompanying materials, and defendant has demonstrated that Carole Downey's materiality as a witness was not evident to defendant until completion of discovery – indeed, until after a review of the Appendix A materials on December 20, 2007. Plaintiffs will suffer neither surprise nor prejudice if defendant is allowed to depose Ms. Downey and add her to its witness list at this time. Due to the imminence of the pretrial conference and trial, counsel for plaintiffs may participate at the deposition by telephone if he has not been authorized to attend in person. Accordingly,

**IT IS ORDERED**, as follows:

1. Defendant's motion for an extension of time is granted, and its filings pursuant to ¶¶ 14(a)-16 of Appendix A shall be made by February 12, 2008.

2. Pursuant to RCFC 7.2(a), without further briefing, defendant's motion to supplement the witness list and to depose Carole Downey is granted and the deposition shall be completed by February 12, 2008.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge