No. 06-799 T

(Judge Christine O.C. Miller)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

# DEFENDANT'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW

NATHAN J. HOCHMAN
Assistant Attorney General

DAVID GUSTAFSON
G. ROBSON STEWART
JENNIFER DOVER SPRIGGS
RICHARD H. BOWLES
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840
(202) 514-9440 (facsimile)

# INDEX


Page

Defendant's Memorandum of Contentions of Fact and Law . . . 1

I. Introduction . . . 1

II. Defendant's Contentions of Fact . . . 2

A. The dental practices . . . 2

B. The Gagliardis' background . . . 3

C. Multi-year concealment of income and assets from tax preparer and bookkeeper . . . 3

1. The 2000 tax year . . . 4

2. The 2001 tax year . . . 5

D. Failure to cooperate with tax authorities through concealment of income and assets during examination of tax returns . . . 6

E. Implausible and inconsistent explanations . . . 10

F. Claims for refund . . . 10

III. Defendant's contentions of law . . . 11

A. The statutory framework . . . 11

B. Intent proven through badges of fraud . . . 12

1. Concealment through understatement of income in multiple years . . . 14

2. Concealment of information from accountant and bookkeeper . . 14

3. Concealment of assets . . . 16

4. Inadequate records . . . 16

**Page**

**(Continuation):**


5. Failure to cooperate with tax authorities . . . . . . . . . . . . . . . . . . . 17

6. Implausible or inconsistent explanations of behavior . . . . . . . . . 19

C. Burden shifts to taxpayer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23


**CITATIONS**

**Cases:**


*Alexander Shokai, Inc. v. Commissioner*, 34 F.3d 1480 (9th Cir. 1994)
*cert. denied*, 514 U.S. 1062 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Allen v. Commissioner*, 128 T.C. 37 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

*Anderson v. Commissioner*, 250 F.2d 242 (5th Cir. 1957)
*cert. denied*, 356 U.S. 950 (1958) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Armstrong v. United States*, 354 F.2d 274 (Ct. Cl. 1965) . . . . . . . . . . . . . . . . . . . . . . . . 20

*Baumgardner v. Commissioner*, 251 F.2d 311 (9th Cir. 1957) . . . . . . . . . . . . . . . . . . . . 16

*Bradford v. Commissioner*, 796 F.2d 303 (9th Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . 13

*Bryan v. Commissioner*, 209 F.2d 822 (5th Cir. 1954), *cert denied*,
348 U.S. 912 (1955) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Chevron U.S.A., Inc. v. Lutz*, 271 F. Supp. 2d, 1204 (N.D. Cal. 2003) . . . . . . . . . . . . . . 20

*DiLeo v. Commissioner*, 96 T.C. 858 (1991)
*aff'd*, 959 F.2d 16 (2d), *cert. denied*, 506 U.S. 868 (1992) . . . . . . . . . . . . . . 15, 17, 20

*Estate of Trompeter v. Commissioner*, 279 F.3d 767 (9th Cir. 2002) . . . . . . . . . . . . . . . 22

*Foster v. Commissioner*, 391 F.2d 727 (4th Cir. 1968) . . . . . . . . . . . . . . . . . . . . . . 13, 15


**Page**

**Cases (continued):**

*Gillespie & Ellard v. United States*, 231 Ct. Cl 851 (1982) 1982 WL. 11294 . . . . . 12, 19

*Grant v. Commissioner*, T.C. Memo 1994-161, 1994 WL 135326 . . . . . 22

*Helvering v. Mitchell*, 303 U.S. 391 (1938) . . . . . 12

*Holland v. United States*, 348 U.S. 121 (1954) . . . . . 14

*In re Peterson*, 317 B.R. 556 (Bank. N.D. Ga. 2004) . . . . . 18

*Irolla v. United States*, 390 F.2d 951 (Ct. Cl. 1968) . . . . . 12, 13, 17

*Korecky v. Commissioner*, 781 F.2d 1566 (11th Cir. 1986) . . . . . 21

*Koscove v. Commissioner*, 225 F.2d 85 (10th Cir. 1955) . . . . . 16, 19

*Kosinski v. Commissioner*, T.C. Memo 2007-173, 2007 WL 1891437 . . . . . 15, 22

*Kurnick v. Commissioner*, 232 F.2d 678 (6th Cir. 1956), *affirming* T.C. Memo. 1955-31 . . . . . 14

*Lavine v. Commissioner*, T.C. Memo 1995-270, 1995 WL 363208 . . . . . 17

*Lessee of Swayze v. Burke*, 37 U.S. 11 (1838) . . . . . 19

*Lipsitz v. Commissioner*, 220 F.2d 871 (4th Cir. 1955), *cert. denied*, 350 U.S. 845 (1955) . . . . . 13

*Lollis v. Commissioner*, 595 F.2d 1189 (9th Cir. 1979) . . . . . 14, 16

*Long Island Savings Bank v. United States*, 503 F.3d 1234 (Fed. Cir. 2007) . . . . . 19

*McGraw v. Commissioner*, 384 F.3d 965 (8th Cir. 2004) . . . . . 16, 19, 21

*McKay v. United States*, 957 F.2d 689 (9th Cir. 1992) . . . . . 18

*Meier v. Commissioner*, 91 T.C. 273 (1988) . . . . . 13

**Page**

**Cases (Continuation):**

*Meredith v. Commissioner*, T.C. Memo 1985-170, 1985 WL 24426 . . . . . . . . . . . . . . . 17

*Miller v. Commissioner*, 94 T.C. 316 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*Niedringhaus v. Commissioner*, 99 T.C. 202 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . 20, 22

*Polidori v. Commissioner*, T.C. Memo 1996-514, 1996 WL 666786 . . . . . . . . . . . . 14, 21

*Powell v. Granquist*, 252 F.2d 56 (9th Cir. 1958) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Richardson v. Commissioner*, 509 F.3d 736 (6th Cir. 2007) . . . . . . . . . . . . . . . . 12, 13, 19

*Ruark v. Commissioner*, 449 F.2d 311 (9th Cir. 1971) . . . . . . . . . . . . . . . . . . . . . . 16, 17

*Solomon v. Commissioner*, 732 F.2d 1459 (6th Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . 13

*Spies v. United States*, 317 U.S. 492 (1943) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*United States v. Anderson*, 384 F. Supp. 2d 32 (D.D.C. 2005) . . . . . . . . . . . . . . . . . . . . 19

*United States v. Bishop*, 264 F.3d 535 (5th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . 14

*United States v. Madden*, 300 F.2d 757 (4th Cir. 1962) . . . . . . . . . . . . . . . . . . . . . . . . 15

*White v. United States*, 20 F. Supp. 623 ( W. D. Ky. 1937) . . . . . . . . . . . . . . . . . . . . . . 12

*Willoughby v. Commissioner*, T.C. Memo 1994-398, 1994 WL 444427 . . . . . . . . . . . . 18

**Page**

**Statutes:**

11 U.S.C. § 523 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

26 U.S.C.:

§ 6653 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

§ 6663 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 11, 18, 21, 23

§ 6664 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 21

28 U.S.C. § 1491 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1