IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

DEFENDANT'S EXHIBIT LIST

Pursuant to ¶ 16 of RCFC Appendix A, the defendant hereby files its Exhibit List:

Exhibit 1: Form 1040, U.S. Individual Income Tax Return for 2000;

Exhibit 2: Form 1040, U.S. Individual Income Tax Return for 2001;

Exhibit 3: Form 843, Claim for Refund for tax period ending December 31, 2000;

Exhibit 4: Form 843, Claim for Refund for tax period ending December 31, 2001;

Exhibit 5: Notice of Disallowance dated December 9, 2004;

Exhibit 6: Notice of Disallowance dated June 1, 2005;

Exhibit 7: Certificate of Assessments and Payments for tax period ending December 31, 2000;

Exhibit 8: Certificate of Assessments and Payments for tax period ending December 31, 2001;

Exhibit 9: Form 870, Waiver of Restrictions on Assessment and Collection of Deficiency In Tax and Acceptance of Overassessment;

Exhibit 10: Form 4549 - Income Tax Examination Changes dated July 7, 2004;

Exhibit 11: Form 2848 - Power of Attorney for tax year 2000;

Exhibit 12: Form 2848 - Power of Attorney for tax year 2001;

Exhibit 13: Draft Form 4549 dated June 16, 2004;

Exhibit 14: Draft Form 4549 dated June 18, 2004;

Exhibit 15: Draft Form 4549 dated June 22, 2004;

Exhibit 16: Excerpts from plaintiff's responses to Defendant's First Request for Production of Documents;

Exhibit 17: Excerpts from plaintiff's responses to Defendant's Interrogatories - Set No. 1;

Exhibit 18: Copy of airline ticket for plaintiffs;

Exhibit 19: IRS summary of bank deposits for 2000;

Exhibit 20: IRS summary of bank deposits for 2001;

Exhibit 21: Bank records from Kearny Federal Savings Bank re: account no. 69126606;

Exhibit 22: Bank records from Bank of America, formerly Fleet National Bank re: account nos. 412-3035540 and 0201330164;

Exhibit 23: Bank records from Bank of New York re: account nos. 6105297805 and 610657689;

Exhibit 24: Bank records from Valley National Bank re: account no. 40542815;

Exhibit 25: Excerpts from records produced by Lawrence Goodman pursuant to subpoena;

Exhibit 26: Form 872, Consent to Extend Time To Assess Tax for tax year 2000.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON. STEWART
Reviewer
RICHARD H. BOWLES
Trial Attorney

s/G. Robson Stewart

Of Counsel

February 12, 2008