IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

DEFENDANT'S WITNESS LIST

Pursuant to ¶ 15 of RCFC Appendix A, the defendant hereby files its Witness List:

1. **Roberto Gagliardi**

The United States may call Mr. Gagliardi as a witness if the need arises. Mr. Gagliardi may testify about his dental practice and the procedure by which he deposited dental receipts into his personal accounts. Mr. Gagliardi may testify about the preparation of his tax returns for 2000-2001, including the records requested by Lawrence Goodman and the records he provided. Mr. Gagliardi may also testify about his representation by Lawrence Goodman during the IRS audit for 2000-2001. (Expected time for direct examination: 2.0 hours.)

2. **Maria Gagliardi**

The United States may call Ms. Gagliardi as a witness if the need arises. Ms. Gagliardi may testify about her role in the dental practice and the procedure by which she deposited dental receipts into her personal account. Ms. Gagliardi may testify about the preparation of her tax returns for 2000-2001, including the records requested by Lawrence Goodman and the records she provided. Ms. Gagliardi may also testify about her representation by Lawrence Goodman during the IRS audit for 2000-2001. (Expected time for direct examination: 1.0 hours.)

3. **Lawrence Goodman**, **C. P. A**.

The United States expects to call Mr. Goodman as a witness. Mr. Goodman may testify about the preparation of plaintiffs' returns for 2000-2001, including the records he requested and the records plaintiffs provided. Mr. Goodman may testify about plaintiffs' business and personal bank accounts and his lack of knowledge about plaintiffs' practice of commingling business and personal income. Mr. Goodman may also testify about his representation of plaintiffs during the IRS audit for 2000-2001, including his authorization to agree to the civil fraud penalty for those years. (Expected time for direct examination: 2.0 hours.)

4. **Carole Downey**

The United States expects to call Ms. Downey as a witness. Ms. Downey may testify about the preparation of the books and records for each of plaintiffs' dental offices during the periods in issue. Ms. Downey may testify about plaintiffs' business bank accounts and her lack of knowledge about plaintiffs' practice of depositing dental receipts into personal bank accounts. Ms. Downey may also testify about the financial reports she prepared and provided to Mr. Goodman for use in completing the business portion of plaintiffs' income tax returns for the periods in issue. (Expected time for direct examination: 2.0 hours.)

5. **Mary Wieme**

The United States may call Ms. Wieme as a witness if the need arises. Mary Wieme may testify about the IRS audit of plaintiffs' 2000-20001 tax years. She may testify about the calculation of unreported income determined for tax years 2000-2001. Ms. Wieme may also testify about IRS communications with plaintiffs and with plaintiffs' authorized representative during the audit. (Expected time for direct examination: 1.0 hours.)

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer
RICHARD H. BOWLES
Trial Attorney

s/G. Robson Stewart
Of Counsel

February 12, 2008