# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ROBERT AND MARIA L. GAGLIARDI,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 06-799T |
| **THE UNITED STATES,** | * | (Filed Feb. 14, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's application for the authorization of subpoenas filed this date is granted. Accordingly,

**IT IS ORDERED**, as follows:

Service beyond 100 miles from the place of travel in order to testify during trial at the time and place indicated is hereby authorized for the following individuals: Lawrence Goodman and Carole Downey.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge