IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

**MOTION FOR LEAVE**
**TO PRESENT TESTIMONY IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION FROM A DIFFERENT LOCATION**

Pursuant to Rule 43(a) of the Rules of the U.S. Court of Federal Claims, the United States respectfully moves for leave to conduct its examination of two witnesses at trial by means of videoconferencing.

The Court scheduled trial in this tax refund suit to commence March 3, 2008. *See* Order (Nov. 30, 2007). Pursuant to the Court's Order of February 14, 2008, the United States caused subpoenas to be served upon witnesses Lawrence Goodman and Carole Downey, commanding each of them to appear at the Howard T. Markey National Courts Building for the trial. Mr. Goodman, a certified public accountant with a significant tax return preparation practice, then contacted the Court, requesting that his testimony be heard after April 15, 2008, because of the hardship he would face from lost business. The Court has not granted Mr. Goodman's request.

Instead, the Court informally requested the United States to work out an alternative arrangement. Ms. Downey, a bookkeeper whose work is relied upon by tax preparers, also has communicated to the United States that her appearance in Washington, D.C., on the scheduled trial dates would be burdensome.

"The court may, for good cause shown in compelling circumstances and upon appropriate safeguards, permit presentation of testimony in open court by contemporaneous transmission from a different location." RCFC 43(a). Accordingly, the United States requests it be permitted to take the trial testimony of Mr. Goodman and Ms. Downey by live videoconference. To facilitate this, the United States also asks the Court to direct the Clerk's office to reserve an "electronic courtroom" for the trial.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer
RICHARD H. BOWLES
Trial Attorney

s/G. Robson Stewart

Of Counsel

February 26, 2008