IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 06-799 T

(Judge Christine O.C. Miller)

ROBERTO GAGLIARDI AND MARIA L. GAGLIARDI,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR LEAVE TO PRESENT TESTIMONY IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION FROM A DIFFERENT LOCATION AND REQUEST FOR CONFERENCE WITH THE COURT

---

Plaintiffs hereby respectfully request that the Defendant's Motion for Leave to Present Testimony in Open Court by Contemporaneous Transmission From a Different Location ("Motion") be denied.

In support thereof, Plaintiffs allege the following:

1. Both parties agree that there is only one issue to be decided in this case. That is whether or not the Plaintiffs committed fraud.

2. Both parties also agree that much of the basis for a determination in this case will rest on the credibility of the witnesses.

3. Plaintiffs believe it is impossible for a finder of fact to make a judgment on credibility when a live witness is not easily accessible.

4. Instead of granting the Defendant's motion, Plaintiffs request that the Court consider holding this trial in Newark, NJ. Because this case rests on credibility, the Court should be able to view the demeanor of the four most important witnesses in this case: Mr. and Mrs. Gagliardi, Mr. Goodman, and Mary Weime, the Revenue Officer who conducted Plaintiffs' audit. Because these four witnesses are in New Jersey, Plaintiffs respectfully request that the trial be relocated to a courtroom in Newark.

5. Plaintiffs have no objection to the testimony of Ms. Carol Downey via videoconference. Ms. Downey does not have knowledge of the Plaintiffs' finances, and played no part in Plaintiffs' tax return preparation.

Plaintiffs also request the opportunity to have a conference call with the Court and Defendant's counsel to discuss scheduling.

Respectfully submitted

s/Frank Agostino

FRANK AGOSTINO
Attorney of Record
Calo Agostino, PC
14 Washington Place
Hackensack, NJ 07601
(201) 488-5400

February 26, 2008