# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT AND MARIA L. GAGLIARDI,** *

Plaintiffs, *

v. * No. 06-799T

**THE UNITED STATES**, * (Filed Feb. 26, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 26, 2008, defendant filed its Motion for Leave To Present Testimony in Open Court by Contemporaneous Transmission from a Different Location pursuant to RCFC 43(e). Defendant moved for leave of the court to allow it to take the trial testimony of Lawrence Goodman and Carole Downey by live video conference.

On February 26, 2008, plaintiffs filed their objection to defendant's motion with respect to Mr. Goodman's testimony. Plaintiffs argue that the central issue to be decided hinges on a determination of the credibility of these witnesses, and that it would be impossible for a finder of fact to make a judgment on credibility when the live witnesses are not readily available. Plaintiffs suggest that, as an alternative to granting defendant's motion, the court consider holding trial in Newark, NJ. Plaintiffs do not object to defendant's motion with respect to Ms. Downey's testimony.

Without further briefing, see RCFC 7.2(a), argument on defendant's motion shall be held at 10:00 a.m. on Wednesday, February, 27, 2008, by telephonic conference call to be placed by the court.

__________________________________

**Christine Odell Cook Miller**
Judge