# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT AND MARIA L. GAGLIARDI,** *

Plaintiffs, *

v. * No. 06-799T

**THE UNITED STATES,** * (Filed Feb. 27, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED ORDER

Further to the argument held this date on defendant's Motion for Leave To Present Testimony in Open Court by Contemporaneous Transmission from a Different Location filed on March 26, 2008,

**IT IS ORDERED**, as follows:

1. Although the court has accommodated Mr. Goodman by changing the place of trial to Newark, NJ, defendant's motion is denied insofar as it seeks leave for testimony by video conferencing of this witness. The request made on behalf of Ms. Downey's counsel cannot be accommodated, as defendant represents that video conferencing for the witness cannot be arranged for the dates of trial.

2. The order entered on February 14, 2008, is amended insofar as defendant shall serve forthwith amended subpoenas on Lawrence Goodman and Carole Downey listing the place of trial as the U.S. District Court for the District of New Jersey, 50 Walnut Street, Newark, NJ. The amended subpoenas are effective, *nunc pro tunc*, as of the date of issuance of the subpoenas authorized to be served on February 14, 2008.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge