# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERTO and MARIA L. GAGLIARDI,** *

Plaintiffs, *

v. * No. 06-799T

**THE UNITED STATES,** * (Filed Feb. 27, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the argument held this date on defendant's Motion for Leave To Present Testimony in Open Court by Contemporaneous Transmission from a Different Location filed on March 26, 2008,

**IT IS ORDERED**, as follows:

Paragraph 4 of the order entered on November 30, 2007, is modified insofar as trial, not to exceed two days, shall commence at 10:00 a.m. on Tuesday, March 4, 2008, in courtroom 5A of the U.S District Court for the District of New Jersey, 4015 Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge