# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ROBERTO and MARIA L. GAGLIARDI**, | * | |
| Plaintiffs, | * | |
| v. | * | No. 06-799T |
| **THE UNITED STATES,** | * | (Filed Feb. 27, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A letter from a prospective witness was received by the Clerk's Office on February 25, 2008, and forwarded to chambers under cover of a Memorandum noting that 1) under RCFC 5(e), it was not a formal filing; 2) RCFC 5.2, proof of service was missing; 3) RCFC 11, it was not signed by attorney of record; 4) RCFC 10(a), the case caption was incorrect; and 5) RCFC 7(b), the proposed filing should be brought through counsel in the form of a motion.

The court's chambers, by facsimile transmission, forwarded the letter to defense counsel. The order entered this date on defendant's Motion for Leave To Present Testimony in Open Court by Contemporaneous Transmission from a Different Location filed on March 26, 2008, ruled on defendant's requests, inter alia, concerning this letter. Accordingly,

**IT IS ORDERED**, as follows:

The Clerk of the Court shall return Lawrence B. Goodman's letter unfiled under cover of a copy of this order.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge