# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERTO and MARIA L. GAGLIARDI.,** *

Plaintiffs, *

v. * No. 06-799T

**THE UNITED STATES,** * (Filed Mar. 14, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

After defendant rested its case on March 5, 2008, plaintiffs moved pursuant to RCFC 52(c) for judgment on partial findings that defendant had failed to carry its burden under 26 U.S.C. § 6663(b) (2000), to prove fraud by clear and convincing evidence. Irolla v. United States, 390 F.2d 951, 953 (Ct. Cl. 1968). The motion was argued, and the court indicated that the motion would be granted as to both plaintiffs. An opinion will enter in due course that sets forth the reasons supporting the grant of the motion and the court's findings of fact and conclusions of law pursuant to RCFC 52(a). Accordingly,

**IT IS ORDERED**, as follows:

The proofs shall be closed upon the filing of the official transcript of the trial and exhibits.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge