# In the United States Court of Federal Claims

**06-799T**

**Filed: April 7, 2008**

**ROBERTO GAGLIARDI AND**
**MARIA L. GAGLIARDI**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (1 Volume)**
**Held in Washington, D.C.**
**March 4, 2008 through March 5, 2008**
**Filed with Plaintiff Exhibits: 17 &19 and Defendant Exhibits: 1-6, 9-15, 16-1 through 16-3, 17-21, 25-1 through 25-12, 25-26, 25-29, 25-31, 25-32, 25-37 and 26**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.