# In the United States Court of Federal Claims

**No. 06-799 T**

**ROBERTO GAGLIARDI and**
**MARIA L. GAGLIARDI**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed March 14, 2008, and the Memorandum Opinion and Order, filed May 16, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the sum of $17,742.75, together with interest as provided by statute. No costs.

John S. Buckley
Acting Clerk of Court

May 20, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.