# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2008-5096

FILED
SEP 3 2008
U.S. COURT OF FEDERAL CLAIMS

ROBERTO GAGLIARDI and MARIA L. GAGLIARDI,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 06-CV-799, Judge Christine O.C. Miller.

## ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly /jb

Jan Horbaly
Clerk

09/03/08

cc: Clerk's Office, CFC
Anthony T. Sheehan
Frank Agostino

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 3 2008

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 09/03/08

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: Jane Benjamin Date: 9/3/08

GAGLIARDI V US, 2008-5096
CFC - 06-CV-799